UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| DAVID MICHAEL KING, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 1:24-cv-89 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| 17TH JUDICIAL DRUG TASK FORCE, STEVEN DAUGHERTY, and CASEY CORDOVA, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is United States Magistrate Judge Susan K. Lee's report and recommendation (Doc. 6).

Plaintiff, an inmate at the Bedford County Justice Complex, filed this pro se civil-rights action pursuant to 42 U.S.C. § 1983. He filed a complaint and a motion to proceed in forma pauperis. (Docs. 1, 4.) The Court granted the motion to proceed in forma pauperis and screened his complaint pursuant to 28 U.S.C. § 1915(e)(2). (Doc. 5). In doing so, the Court concluded that Plaintiff's claims were subject to dismissal as drafted but gave him an opportunity to amend his complaint by April 12, 2024. (*Id.* at 8.) It warned him that failure to amend his complaint would result in dismissal of the action. (*Id.* at 8–9.)

Plaintiff did not file an amended complaint. Therefore, on April 23, 2024, Magistrate Judge Lee recommended that the Court dismiss this action given Plaintiff's failure to attempt to amend his deficient claims. Plaintiff did not timely object to Judge Lee's report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's finding of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 6) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

**AN APPROPRIATE JUDGMENT SHALL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**